UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RIFAI PROPERTIES, LLC,

    Plaintiff,

v.                                                  Case No: 8:14-cv-1899-T-17JSS

UNITED NATIONAL INSURANCE
COMPANY and FFR GLOBAL, INC.,

    Defendants.
_____/

## **ORDER ON MOTIONS TO EXTEND CASE DEADLINES**

THIS MATTER is before the Court on Defendants' Motion for Extension of Time to Complete Discovery and Dispositive Motions and Defendants' Unopposed Emergency Motion to Extend Time to File Dispositive Motions ("Motions"). (Dkt. 43, 46.) The Court held a telephonic case status conference on this matter on December 3, 2015.

In the Motions, Defendants indicated that the parties have been unable to complete all necessary discovery by the discovery deadline of November 20, 2015, as additional witnesses were identified through the course of depositions and disclosures regarding Plaintiff's alleged damages in this cases were only recently finalized. (Dkt. 43.) Defendants request an extension of the discovery deadline until January 20, 2016, and an extension of the dispositive motions deadline until February 4, 2016. Both parties agree to the requested extension. However, Defendants maintain that the existing trial term should be continued as a result of the requested extension, and Plaintiff opposes a continuation of the trial term, which is currently scheduled to commence on May 2, 2016. (Dkt. 25.)

In light of this issue, the Court held a telephonic case status conference regarding Defendants' Motions. Upon consideration of the parties' written submissions and arguments heard

before the Court, the Court finds that the proposed extension of the dispositive motions deadline necessitates a continuance of the trial term to allow the parties to complete discovery before filing dispositive motions and to allow the Court sufficient time to resolve any dispositive motions filed before the commencement of the trial term.  Consequently, after conferring with the district court judge regarding extension of the trial term, the Court extends the remaining case deadlines as follows: the discovery deadline advances to January 20, 2016; the dispositive motions deadline advances to February 4, 2016; and the trial term is continued until July 2016.  Accordingly, it is

    **ORDERED**:

1. Defendants' Motion for Extension of Time to Complete Discovery and Dispositive Motions (Dkt. 43) is **GRANTED**.

2. Defendants' Unopposed Emergency Motion to Extend Time to File Dispositive Motions (Dkt. 46) is **DENIED** as moot.

3. The discovery deadline advances to January 20, 2016; the dispositive motions deadline advances to February 4, 2016; and the trial term is continued until July 2016 with permission of the District Court Judge.

    **DONE** and **ORDERED** in Tampa, Florida on December 3, 2015.

    _____
    JULIE S. SNEED
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record